# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

IN RE:

MICHAEL F. MANSFIELD             CASE NO. 10-56362

                                                   CHAPTER 13

**Debtor,**              HON. PHILLIP J. SHEFFERLY

_____/

**MICHAEL F. MANSFIELD**

**Plaintiff,**
v.
                                      ADV. PROC. CASE NO. 10-05739

**CITIFINANCIAL, INC.**

**Defendant.**

_____/

## DEFAULT JUDGMENT

Plaintiff having filed his Complaint to Avoid Unsecured Mortgage on Debtors' Residence on June 1, 2010; the Defendant having failed to answer or otherwise respond to the Complaint; Default having been entered; Plaintiffs having filed their Application for Entry of Default Judgment pursuant to LBR 7055-1; and the Court being otherwise fully advised in the premises:

IT IS ORDERED that:

That upon completion of the debtor's Chapter 13 plan and the entry of a Chapter 13 discharge order in bankruptcy case number 10-56362, the mortgage ("Mortgage") dated November 20, 2006, covering the following described property ("Property") situated in the City of Taylor, County of Wayne, State of Michigan, and further described as follows:

05K136 LOT 136 AND E 1/2 ADJ VAC ALLEY HAND STATION BUSINESS CENTER SUB T3S R10E L59 P4 WCR
Parcel No: 60012020136000
more commonly known as 6712 Banner, Taylor, MI 48180

recorded in the Wayne County Register of Deeds on November 27, 2006, Liber 45636, Page 199, will be stripped from the Property and discharged.

IT IS FURTHER ORDERED That upon completion of the debtor's Chapter 13 plan and the entry of a Chapter 13 discharge in bankruptcy case number 10-56362, the debtor may record a certified copy of

this order, with a copy of the debtor's Chapter 13 discharge attached, with the Wayne County Register of Deeds, which will constitute and effectuate discharge of the Mortgage.

IT IS FURTHER ORDERED That if the debtor fails to complete the debtor's Chapter 13 plan and obtain a Chapter 13 discharge order in bankruptcy case number 10-56362, this order does not affect the validity or enforceability of the Mortgage and may not be used in any subsequent bankruptcy case of the debtor either to compel the holder of the Mortgage to execute a discharge of the Mortgage, or to otherwise act as a discharge of the Mortgage.
  .

**Signed on July 25, 2010**

                                                **___ _/s/ Phillip J. Shefferly _ __**
                                                **Phillip J. Shefferly**
                                                **United States Bankruptcy Judge**